UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                               Plaintiff,                    **MEMORANDUM**

         -against-                                    19 Cr. 163 (VB)

JEFFREY STOVER,

                               Defendant.
-----------------------------------------------------------X

TO: <u>Vincent L. Briccetti, United States District Judge:</u>

      Please find attached a transcript of the June 10, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 16, 2019
       White Plains, New York

                                                    Respectfully Submitted,

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge