# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 5, 2019

VIA ECF

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED
> SO ORDERED:
> [signature]
> Vincent L. Briccetti, U.S.D.J.
> Dated: 12/5/19
> White Plains, NY
>
> Sentencing adjourned to 1/30/20 at 11:30 a.m.

Re: United States v. Jeffrey Stover
19 CR 163 (VB)

Dear Judge Briccetti:

I am writing to respectfully ask that you adjourn Mr. Stover's sentencing from December 18, 2019 to January 30, 2020 at 11:30am. I am requesting this adjournment so that I may further prepare for the sentencing and to allow Ms. Brody – who took the plea with Mr. Stover – to participate in the sentencing. This is my second time requesting an adjournment of Mr. Stover's case, and I do not anticipate needing another extension.

I have spoken to AUSA James Ligtenberg and he does not object to this request, and Deputy Hilbert informed me that January 30, 2020 at 11:30am was available.

Thank you for your consideration.

Truly,

[signature]
Benjamin Gold
Assistant Federal Defender

cc: AUSA James Ligtenberg