UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
　　　　　　　　　Plaintiff(s),

v.

_____J. Stover_____,
　　　　　　　　　Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 163 (VB)

DOC #:
DATE FILED: 1/22/20

　　　PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

| | |
|---|---|
| ___ Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ✓ Sentencing |

on __3-16-__, 20__20__ at __10:30AM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __1-30-20__.

　　　**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-22-__, 20__20__
　　　White Plains, NY

　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　United States District Judge