UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

_____USA_____,
Plaintiff(s),

v.

_____Jeffrey Stover_____,
Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 163 (VB)

    **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ✓ Sentencing

on __5-29-__, 20__20__, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __3-16-20__.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __3-2-__, 20__20__
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge