UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :     **ORDER**
v.                               :
                                 :     19 CR 163 (VB)
JEFFREY STOVER,                  :
                     Defendant.  :
--------------------------------------------------------x

Sentencing in this case is scheduled for May 29, 2020, at 2:30 p.m. However, because of the current public health emergency, the Court is not conducting in-person proceedings in the courtroom at this time. Thus, sentencing can only proceed on May 29, 2020, if, after consultation with counsel, defendant waives his right to be physically present and consents to appear by videoconference (or by telephone conference if videoconferencing is not reasonably available). The Court has been advised by defense counsel that defendant does not consent to appearing remotely at the sentencing hearing, and that defendant consents to an adjournment of sentencing to a date in July 2020.

**Accordingly, sentencing is re-scheduled to July 31, 2020, at 9:30 a.m.**

At this point, there is no guarantee the Court will be able to conduct in-person proceedings by July 31, 2020. If prior to that date it becomes clear that an in-person proceeding is not possible, the Court will advise the parties so that defense counsel can consult with defendant about whether he is willing to proceed by videoconference or teleconference on July 31, 2020, or whether he wishes to adjourn sentencing to a later date.

According to the presentence report, there are multiple Sentencing Guidelines issues that will need to be resolved at sentencing. For that reason, defendant's sentencing submission shall be filed by no later than July 8, 2020, and the government's sentencing submission shall be filed by no later than July 15, 2020.

Dated: May 12, 2020
       White Plains, NY                 SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1