RECEIVED
JUL 24 2020
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/20

July 24, 2020



APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/24/20
White Plains, NY

Sentencing adjourned
to 9/2/20 at 11:00 a.m.

VIA E-mail and ECF

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    United States v. Jeffrey Stover
       19-CR 163 (VB)

Dear Judge Briccetti:

I hope this letter finds you well.  I am writing to respectfully request a three-week adjournment for Mr. Stover's sentencing, which is currently scheduled for July 31, 2020.  I am requesting this adjournment because the video-conference system in Mr. Stover's unit at the Orange County Jail has been down for roughly two weeks and I, therefore, have been unable to communicate with Mr. Stover about his upcoming sentencing and about the Government's sentencing recommendation, which was submitted on July 15, 2020.[1]  Based on communications I have had with the Orange County Jail, it is not yet known when the videoconference system will be fixed, but the jail did tell me earlier today that they are hopeful the system will be working next week.  I have discussed this issue with A.U.S.A. James Ligtenberg, and he does not object to my request for a three-week adjournment.

Thank you for your consideration.

Truly,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA James Ligtenberg

---

[1] The Orange County Jail does not have a system that allows attorneys to request telephone calls.